UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj0445 |
| | ) | ORDER |
| vs. | ) | |
| Corria-Contreras, et al. | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Mata-Jimenez

DATED: 3/3/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk