# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff          )      CRIMINAL NO. 08mj0445
                                    )
                                    )            ORDER
          vs.                       )
                                    )      RELEASING MATERIAL WITNESS
Correa-Contrer02, etal.             )
                                    )      Booking No.
                 Defendant(s)       )
_____)

On order of the United States District/Magistrate Judge,    **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Javier Diaz - Morales

DATED: 3/3/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____                    **OR**
           **DUSM**

                                    W. SAMUEL HAMRICK, JR.   Clerk

                                    **by** _____

                                              **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082