UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAR -7  A 3:18

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cr0585-JAH |
| Plaintiff ) | CRIMINAL NO. 08mj0445 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Alfredo Aguilar-Morales ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,  **William McCurine**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / **Case Disposed** / Order of Court).

Reynaldo Cruz-Chavez

DATED:  3/7/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082