1  Mayfield & Associates- Attorneys at Law
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  Melissa L. Bustarde, Esq., Bar No. 239062
   Christopher Y. Lock, Esq., Bar No. 246815
3  462 Stevens Avenue, Suite 303
   Solana Beach, CA 92075
4  Tel: (858) 793-8090
   Fax: (858) 793-8099
5

6  Attorneys for Material Witness: PEDRO RAMIREZ-GARCIA

7

8                  UNITED STATES DISTRICT COURT

9              OF THE SOUTHER DISTRICT OF CALIFORNIA

10             MAGISTRATE JUDGE WILLIAM McCURINE, JR.

11

12  UNITED STATES OF AMERICA,              Case No.: 08 mj 0445 / 08 cr 0585-JAH
                                           Hon: William McCurine, Jr.
13              Plaintiff,

14  vs.                                    ORDER TO EXONERATE THE
                                           MATERIAL WITNESS BOND
15  CORREA-CONTRERAS, et al.

16              Defendant.

17

18                              ORDER

19      IT IS ORDERED that the personal surety bond for the five thousand dollars

20  ($5,000.00), which secured the presence of the material Pedro Ramirez-Garcia, be

21  exonerated. The deposit of four thousand dollars ($500.00) for the bond be returned to the

22  surety:

23              SERGIA DE LA TORRE VAZQUEZ

24              106 HARRISON ST., OCEANSIDE CA 92057

25

26  Dated: 3/24/08                          /s/ William McCurine, Jr.

27                                          William McCurine, Jr.
                                            U.S. Magistrate Judge
28

FILED
08 MAR 24 PM 1:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY