FILED

08 APR -2 PM 12: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

OF THE SOUTHER DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE WILLIAM McCURINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORREA-CONTRERAS, et al.,<br><br>    Defendant. | Case No.: 08 CR 0585-JAH<br>Hon: William McCurine<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

### ORDER

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness MARIA MATA-JIMENEZ, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

Dagoberto Carreño

1030 Magnolia Avenue, Carlsbad, CA 92008

Dated: 4/2/08

_____
Hon. William McCurine
U.S. Magistrate Judge