| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CAROLINE P. HAN |
| | Assistant United States Attorney |
| 3 | California State Bar No. 250301 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5220 |
| | Facsimile:  (619) 235-4716 |
| 6 | Email: caroline.han@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0585-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| GABRIEL CORREA-CONTRERAS et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u>
6   None.

7

8   Please call me at the above-listed number if you have any questions about this notice.
9   DATED: April 4, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*

CAROLINE P. HAN
Assistant United States Attorney

Notice of Appearance
United States v. Correa-Contreras, et al.        2                              08-CR-0585-JAH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GABRIEL CORREA CONTRERAS, et al.,<br><br>　　　Defendant. | Case No. 08-CR-0585-JAH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　　I, Caroline Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 4, 2008, and this Certificate of Service, dated April 4, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**James Matthew Brown**
Law Office of James Matthew Brown
2044 First Avenue
Suite 200
San Diego, CA 92101
(619)238-0815
Fax: (619)233-4516
Email: jim@brownlawaplc.com
*Attorney for defendant Correa-Contreras*

**Stephen D Lemish**
Stephen D Lemish Attorney at Law
152 West Park Avenue
Suite 150
El Cajon, CA 92020
(619)444-5525
Fax: (619)631-8456
Email: Slemish785@aol.com

*Attorney for defendant Torres-Garcia*

| | |
|---|---|
| 1 | **Stephen Demik** |
| | Federal Defenders of San Diego |
| 2 | 225 Broadway |
| | Suite 900 |
| 3 | San Diego, CA 92101-5008 |
| | (619)234-8467 |
| 4 | Email: stephen_demik@fd.org |
| | *Attorney for defendant Valencia-Salomon* |
| 5 | |
| | **Marc Xavier Carlos** |
| 6 | Bardsley and Carlos |
| | 424 F |
| 7 | Suite A |
| | San Diego, CA 92101-6118 |
| 8 | (619)702-3226 |
| | Fax: (619)702-5415 |
| 9 | Email: mxlos@aol.com |
| | *Attorney for defendant Soto-Fernandez* |
| 10 | |
| 11 | **Robert E Boyce** |
| | Boyce and Shaffer |
| 12 | 934 23rd Street |
| | San Diego, CA 92102 |
| 13 | (619)232-3320 |
| | Fax: (619)232-8271 |
| 14 | Email: reboyce@pacbell.net |
| 15 | *Attorney for defendant Morales-Barajas* |
| 16 | |
| | **Knut S Johnson** |
| 17 | Law Offices of Knut S Johnson |
| | 1010 Second Avenue |
| 18 | Suite 1850 |
| | San Diego, CA 92101-4905 |
| 19 | (619)232-7080 |
| | Fax: (619)232-7324 |
| 20 | Email: knut@knutjohnson.com |
| | *Attorney for defendant Aguilar Morales* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| | Notice of Appearance |
| 28 | United States v. Correa-Contreras, et al.    4                                    08-CR-0585-JAH |

| | |
|---|---|
| 1 | **Lisa Kay Baughman**<br>Law Office of Lisa Kay Baughman<br>1202 Kettner Boulevard |
| 2 | Suite 6200<br>San Diego, CA 92101 |
| 3 | (619) 696-9311<br>Fax: (619) 696-3993 |
| 4 | Email: lkbefile@gmail.com |
| 5 | *Attorney for defendant Morales* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2008.

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant United States Attorney

Notice of Appearance
United States v. Correa-Contreras, et al.   5   08-CR-0585-JAH