FILED

2008 APR -4 AM 8:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## OF THE SOUTHER DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE WILLIAM McCURINE, JR.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORREA-CONTRERAS, et al.<br><br>　　　　Defendant. | Case No.: 08 mj 0445 / 08 cr 0585-JAH<br>Hon: William McCurine, Jr.<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

## ORDER

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material Lorenzo Diaz-Gonzalez, be exonerated. The deposit of four thousand dollars ($500.00) for the bond be returned to the surety:

ORLANDO DIAZ GONZALEZ

3204 NE 45th ST., VANCOUVER, WA 98663

Dated: 4/3/08

William McCurine, Jr.
U.S. Magistrate Judge