FILED
08 APR -8 PM 3: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## OF THE SOUTHER DISTRICT OF CALIFORNIA
### MAGISTRATE JUDGE WILLIAM McCURINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORREA-CONTRERAS, et al.,<br><br>    Defendant. | Case No.: 08 mj 0445<br>Criminal Case No.: 08 cr 0585-JAH<br>Hon: William McCurine<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

## ORDER

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness MIGUEL SOTO-DAVALOS, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

Blanca Gonzalez-Grimaldo

9506 Olive Street #2, Bellflower CA 90706

Dated: 4/8/08

Hon. William McCurine
U.S. Magistrate Judge